Bruce W. Brewer, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421 West Linn, OR 97068
503-621-6633
Attorney for plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | | |
|---|---|---|
| **SUSAN PATTERSON,** | ) | Case No. 6:20-cv-01668-AA |
| **Plaintiff,** | ) | |
| v. | ) | **ORDER - EAJA** |
| **COMMISSIONER,** of Social Security Administration, | ) | |
| **Defendant.** | ) | |

Plaintiff prevailed, the parties have stipulated to this fee, and it is therefore ORDERED that Defendant shall pay an attorney fee under the Equal Access to Justice Act in the amount of $6,079.20, pursuant to 28 U.S.C. § 2412. Defendant is further ORDERED to pay the fee directly to Plaintiff's attorney, by check made payable to Bruce Brewer and to send the check to him at PO Box 421, West Linn, OR 97068, unless Plaintiff has debt which qualifies for offset against the awarded fee pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff,* 560 U.S. 586 (2010). If

1-ORDER (EAJA)

Plaintiff has such debt then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above. There are no costs or expenses to be paid herein.

It is so ORDERED this __26th__ day of April, 2022.

_/s/Ann Aiken_
The Honorable Ann Aiken
U.S. District Court Judge
District of Oregon

Prepared by:
Bruce Brewer OSB #925581
PO Box 421
West Linn, OR 97068
503-621-6633

2-ORDER (EAJA)